**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 03-6448**

─────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

WILFREDO GONZALEZ LORA,

                              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CR-98-358-A)

─────────────

Submitted:  August 28, 2003        Decided:  September 4, 2003

─────────────

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Wilfredo Gonzalez Lora, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wilfredo Gonzalez Lora appeals the district court's orders denying his motions for a copy of a government witness' presentence report, for reconsideration, and for recusal of the district court judge. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Lora, No. CR-98-358-A (E.D. Va. Oct. 2, 2002; Feb. 4, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED